# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 02/15/2019

Pay End Date: 02/10/2019

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $162.50 |
| **Deductions/Taxes:** | $23.14 |
| **Net Pay:** | $139.36 |

Advice Number: A8987803

**Your Pay Deposited To**

| Bank Name | PNCBANK, NATIONAL AS |
|---|---|
| Institution Number | 031000053 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $162.50 | | 4.00 |
| Total Payments | $162.50 | $950.00 | 4.00 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | | $23.56 | | |
| FICA/OASDI - SOCIAL SEC | $10.07 | $58.90 | $10.07 | $58.90 |
| MEDICARE TAX | $2.36 | $13.78 | $2.36 | $13.78 |
| STATE TAX | $4.99 | $29.17 | | |
| SUT DED | $0.10 | $0.58 | | |
| CITY TAX 1 | $5.62 | $32.85 | | |
| Total Taxes | $23.14 | $158.84 | $12.43 | $72.68 |

| Net Pay | Amount |
|---|---|
| Net Pay | $139.36 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Married |
|---|---|
| Number of Exemptions | 0 |

| Paid Time Off ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 22.24 | 2.78 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 02/08/2019

Pay End Date: 02/03/2019

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $162.50 |
| **Deductions/Taxes:** | $23.15 |
| **Net Pay:** | $139.35 |

Advice Number: A8979642

**Your Pay Deposited To**
Bank Name                          PNCBANK, NATIONAL AS
Institution Number                      031000053

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $162.50 | | 4.00 |
| Total Payments | $162.50 | $787.50 | 4.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | | $23.56 | | |
| FICA/OASDI - SOCIAL SEC | $10.08 | $48.83 | $10.08 | $48.83 |
| MEDICARE TAX | $2.36 | $11.42 | $2.36 | $11.42 |
| STATE TAX | $4.99 | $24.18 | | |
| SUT DED | $0.10 | $0.48 | | |
| CITY TAX 1 | $5.62 | $27.23 | | |
| Total Taxes | $23.15 | $135.70 | $12.44 | $60.25 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $139.35 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Married |
|---|---|
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 22.08 | 2.76 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $162.50 |
| **Deductions/Taxes:** | $23.13 |
| **Net Pay:** | $139.37 |

Issue Date: 02/01/2019

Pay End Date: 01/27/2019

Advice Number: A8971829

**Your Pay Deposited To**
Bank Name — PNCBANK, NATIONAL AS
Institution Number — 031000053

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $162.50 | | 4.00 |
| Total Payments | $162.50 | $625.00 | 4.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | | $23.56 | | |
| FICA/OASDI - SOCIAL SEC | $10.07 | $38.75 | $10.07 | $38.75 |
| MEDICARE TAX | $2.35 | $9.06 | $2.35 | $9.06 |
| STATE TAX | $4.99 | $19.19 | | |
| SUT DED | $0.10 | $0.38 | | |
| CITY TAX 1 | $5.62 | $21.61 | | |
| Total Taxes | $23.13 | $112.55 | $12.42 | $47.81 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $139.37 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Married |
|---|---|
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 21.92 | 2.74 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 01/25/2019

Pay End Date: 01/20/2019

Advice Number: A8945830

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $462.50 |
| **Deductions/Taxes:** | $89.42 |
| **Net Pay:** | $373.08 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | PNCBANK, NATIONAL AS |
| Institution Number | 031000053 |

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $462.50 | | 7.00 |
| Total Payments | $462.50 | $462.50 | 7.00 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $23.56 | $23.56 | | |
| FICA/OASDI - SOCIAL SEC | $28.68 | $28.68 | $28.68 | $28.68 |
| MEDICARE TAX | $6.71 | $6.71 | $6.71 | $6.71 |
| STATE TAX | $14.20 | $14.20 | | |
| SUT DED | $0.28 | $0.28 | | |
| CITY TAX 1 | $15.99 | $15.99 | | |
| Total Taxes | $89.42 | $89.42 | $35.39 | $35.39 |

| Net Pay | Amount |
|---|---|
| Net Pay | $373.08 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Married |
| Number of Exemptions | 0 |

| Paid Time Off (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 21.68 | 2.71 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $243.75 |
| **Deductions/Taxes:** | $36.86 |
| **Net Pay:** | $206.89 |

Issue Date: 12/28/2018

Pay End Date: 12/23/2018

Advice Number: A8924464

**Your Pay Deposited To**

| Bank Name | FREEDOM CREDIT UNION |
|---|---|
| Institution Number | 236084751 |

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $243.75 | | 6.00 |
| Total Payments | $243.75 | $7,800.02 | 6.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $2.16 | $69.22 | | |
| FICA/OASDI - SOCIAL SEC | $15.11 | $483.60 | $15.11 | $483.60 |
| MEDICARE TAX | $3.53 | $113.10 | $3.53 | $113.10 |
| STATE TAX | $7.48 | $239.37 | | |
| SUT DED | $0.15 | $4.71 | | |
| CITY TAX 1 | $8.43 | $270.04 | | |
| Total Taxes | $36.86 | $1,180.04 | $18.64 | $596.70 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $206.89 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Married |
|---|---|
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 21.52 | 2.69 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 12/21/2018

Pay End Date: 12/16/2018

Advice Number: A8898743

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $243.75 |
| **Deductions/Taxes:** | $36.87 |
| **Net Pay:** | $206.88 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | FREEDOM CREDIT UNION |
| Institution Number | 236084751 |

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $243.75 | | 6.00 |
| Total Payments | $243.75 | $7,556.27 | 6.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $2.16 | $67.06 | | |
| FICA/OASDI - SOCIAL SEC | $15.11 | $468.49 | $15.11 | $468.49 |
| MEDICARE TAX | $3.54 | $109.57 | $3.54 | $109.57 |
| STATE TAX | $7.48 | $231.89 | | |
| SUT DED | $0.15 | $4.56 | | |
| CITY TAX 1 | $8.43 | $261.61 | | |
| Total Taxes | $36.87 | $1,143.18 | $18.65 | $578.06 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $206.88 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Married |
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 21.36 | 2.67 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 12/14/2018

Pay End Date: 12/09/2018

Advice Number: A8890824

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $243.75 |
| **Deductions/Taxes:** | $36.87 |
| **Net Pay:** | $206.88 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | FREEDOM CREDIT UNION |
| Institution Number | 236084751 |

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $243.75 | | 6.00 |
| Total Payments | $243.75 | $7,312.52 | 6.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $2.16 | $64.90 | | |
| FICA/OASDI - SOCIAL SEC | $15.12 | $453.38 | $15.12 | $453.38 |
| MEDICARE TAX | $3.53 | $106.03 | $3.53 | $106.03 |
| STATE TAX | $7.48 | $224.41 | | |
| SUT DED | $0.15 | $4.41 | | |
| CITY TAX 1 | $8.43 | $253.18 | | |
| Total Taxes | $36.87 | $1,106.31 | $18.65 | $559.41 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $206.88 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Married |
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 21.20 | 2.65 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 12/07/2018

Pay End Date: 12/02/2018

Advice Number: A8882395

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $243.75 |
| **Deductions/Taxes:** | $36.87 |
| **Net Pay:** | $206.88 |

**Your Pay Deposited To**

| | |
|---|---|
| Bank Name | FREEDOM CREDIT UNION |
| Institution Number | 236084751 |

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $243.75 | | 6.00 |
| Total Payments | $243.75 | $7,068.77 | 6.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $2.16 | $62.74 | | |
| FICA/OASDI - SOCIAL SEC | $15.11 | $438.26 | $15.11 | $438.26 |
| MEDICARE TAX | $3.54 | $102.50 | $3.54 | $102.50 |
| STATE TAX | $7.48 | $216.93 | | |
| SUT DED | $0.15 | $4.26 | | |
| CITY TAX 1 | $8.43 | $244.75 | | |
| Total Taxes | $36.87 | $1,069.44 | $18.65 | $540.76 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $206.88 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| | |
|---|---|
| Tax Status | Married |
| Number of Exemptions | 0 |

| **Paid Time Off** ❶ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 21.04 | 2.63 |

# U@Penn

**Employee Name:** ANN E. SUPERFINE
**Penn ID:** 10199834

Issue Date: 11/30/2018

Pay End Date: 11/25/2018

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $243.75 |
| **Deductions/Taxes:** | $36.86 |
| **Net Pay:** | $206.89 |

Advice Number: A8874358

**Your Pay Deposited To**

| Bank Name | FREEDOM CREDIT UNION |
|---|---|
| Institution Number | 236084751 |

| **Gross Pay and Other Taxable Payments** | Amount | Year-to-Date | Hours |
|---|---|---|---|
| REGULAR WEEKLY PAY | $243.75 | | 6.00 |
| Total Payments | $243.75 | $6,825.02 | 6.00 |

| **Taxes** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $2.16 | $60.58 | | |
| FICA/OASDI - SOCIAL SEC | $15.11 | $423.15 | $15.11 | $423.15 |
| MEDICARE TAX | $3.53 | $98.96 | $3.53 | $98.96 |
| STATE TAX | $7.48 | $209.45 | | |
| SUT DED | $0.15 | $4.11 | | |
| CITY TAX 1 | $8.43 | $236.32 | | |
| Total Taxes | $36.86 | $1,032.57 | $18.64 | $522.11 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $206.89 |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status | Married |
|---|---|
| Number of Exemptions | 0 |

| **Paid Time Off** ⓘ (balances at time of this pay) | Used this Pay | Balance Hours | Balance Days |
|---|---|---|---|
| Sick | 0.00 | 20.88 | 2.61 |