# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stanely Superfine<br>        Ann E. Superfine<br>                    Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust, its successors and/or assigns<br>                    Movant<br>        vs.<br>Stanely Superfine<br>Ann E. Superfine<br>                    Debtor(s)<br>Scott Waterman<br>                    Trustee | NO. 19-10587 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **03/12/2019 ; Docket #16**.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              412-430-3594

July 30, 2019