IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Ann E. Superfine | ) | Chapter 13 |
| | Stanley Superfine | ) | |
| | Debtors | ) | No. 19-10587-JKF |
| | | ) | |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                      /s/David M. Offen
                                      David M. Offen
                                      Attorney for Debtor

Date:9/19/19