Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-10587-AMC

ANN E SUPERFINE  
STANLEY SUPERFINE  
200 N. WYNNEWOOD AVENUE, APT. A410  
WYNNEWOOD  PA    19096

Petition Filed Date: 01/30/2019  
341 Hearing Date: 03/08/2019  
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/21/2019 | $450.00 | 25433817254 | 03/27/2019 | $450.00 | Automatic Payr | 04/29/2019 | $450.00 | Automatic Payr |
| 05/28/2019 | $450.00 | Automatic Payr | 06/27/2019 | $450.00 | Automatic Payr | 07/29/2019 | $450.00 | Automatic Payr |
| 08/27/2019 | $450.00 | Automatic Payr | 09/27/2019 | $450.00 | Automatic Payr | 10/28/2019 | $450.00 | |
| 11/27/2019 | $450.00 | | 12/30/2019 | $450.00 | | 01/28/2020 | $450.00 | |
| 02/27/2020 | $450.00 | | 03/27/2020 | $450.00 | | 04/27/2020 | $450.00 | |
| 05/28/2020 | $450.00 | | 06/29/2020 | $450.00 | | 07/27/2020 | $450.00 | |

**Total Receipts for the Period:  $8,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS NATIONAL BANK  »» 003 | Unsecured Creditors | $5,584.94 | $145.23 | $5,439.71 |
| 1 | AMERICAN EXPRESS NATIONAL BANK  »» 001 | Unsecured Creditors | $4,245.63 | $110.38 | $4,135.25 |
| 10 | AMERICAN INFOSOURCE LP  »» 010 | Unsecured Creditors | $4,956.68 | $128.91 | $4,827.77 |
| 4 | BANK OF AMERICA NA  »» 004 | Unsecured Creditors | $21,679.54 | $563.76 | $21,115.78 |
| 5 | BANK OF AMERICA NA  »» 005 | Unsecured Creditors | $1,764.32 | $39.56 | $1,724.76 |
| 9 | DEPARTMENT STORE NATIONAL BANK  »» 009 | Unsecured Creditors | $5,646.05 | $146.82 | $5,499.23 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $54,655.52 | $1,421.27 | $53,234.25 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES  »» 006 | Unsecured Creditors | $3,642.92 | $94.71 | $3,548.21 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES  »» 008 | Unsecured Creditors | $11,365.57 | $295.56 | $11,070.01 |
| 2 | TOYOTA MOTOR CREDIT CORP  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | DAVID M OFFEN ESQUIRE  »» 011 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-10587-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,100.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $6,946.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $742.49 | Total Plan Base: | $16,200.00 |
| Funds on Hand: | $411.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.