| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10587-AMC**

ANN E SUPERFINE
STANLEY SUPERFINE
200 N. WYNNEWOOD AVENUE, APT. A410
WYNNEWOOD  PA    19096

Petition Filed Date: 01/30/2019
341 Hearing Date: 03/08/2019
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $450.00 | | 02/27/2020 | $450.00 | | 03/27/2020 | $450.00 | |
| 04/27/2020 | $450.00 | | 05/28/2020 | $450.00 | | 06/29/2020 | $450.00 | |
| 07/27/2020 | $450.00 | | 08/27/2020 | $450.00 | | 09/28/2020 | $450.00 | |
| 10/27/2020 | $450.00 | | 11/30/2020 | $450.00 | | 12/29/2020 | $450.00 | |
| 01/27/2021 | $450.00 | | 03/01/2021 | $450.00 | | 03/29/2021 | $450.00 | |
| 04/27/2021 | $450.00 | | 05/27/2021 | $450.00 | | | | |

**Total Receipts for the Period:  $7,650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»»  003 | Unsecured Creditors | $5,584.94 | $349.12 | $5,235.82 |
| 1 | AMERICAN EXPRESS NATIONAL BANK<br>»»  001 | Unsecured Creditors | $4,245.63 | $265.36 | $3,980.27 |
| 10 | AMERICAN INFOSOURCE LP<br>»»  010 | Unsecured Creditors | $4,956.68 | $309.84 | $4,646.84 |
| 4 | BANK OF AMERICA NA<br>»»  004 | Unsecured Creditors | $21,679.54 | $1,355.13 | $20,324.41 |
| 5 | BANK OF AMERICA NA<br>»»  005 | Unsecured Creditors | $1,764.32 | $103.73 | $1,660.59 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»»  009 | Unsecured Creditors | $5,646.05 | $352.91 | $5,293.14 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $54,655.52 | $3,416.31 | $51,239.21 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $3,642.92 | $214.27 | $3,428.65 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $11,365.57 | $710.41 | $10,655.16 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | DAVID M OFFEN ESQUIRE<br>»»  011 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-10587-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,600.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $11,077.08 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,097.99 | Total Plan Base: | $16,200.00 |
| Funds on Hand: | $424.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.