IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13

Stanley Superfine  : Case No. 21-10587-AMC
   Debtor

## SUGGESTION OF DEATH

TO the Clerk of the Court:

    Kindly be advised that Debtor's counsel has been informed by Ann E. Superfine of the death of her husband, Stanley Superfine, who passed away on 12/28/2020.  Accordingly, please mark the docket to reflect the death of Debtor, Stanley Superfine.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: 12/16/2021

A copy of this praecipe is being served on the Chapter 13 Trustee.