United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-10587-amc

Ann E Superfine                                                                   Chapter 13

Stanley Superfine

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Feb 25, 2022                   Form ID: 138OBJ                            Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ann E Superfine, Stanley Superfine, 200 N. Wynnewood Avenue, Apt. A410, Wynnewood, PA 19096-1411 |
| 14266152 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14291333 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14266160 | + | Ford Credit, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14266165 | + | Thomas Wynne Apartments, 200 N Wynnewood Ave, Wynnewood, PA 19096-1419 |
| 14286646 | + | Toyota Lease Trust, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 25 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14281899 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2022 23:58:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14266148 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2022 23:58:38 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14266151 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2022 23:58:41 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14266154 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2022 23:51:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14266155 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2022 23:58:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14266156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2022 23:58:38 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14303631 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2022 23:58:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14266157 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2022 23:58:38 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14266158 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2022 23:58:44 | Citi Thank You Preferred Card, P.O. Box 70166, Philadelphia, PA 19176-0166 |

District/off: 0313-2                User: admin                            Page 2 of 3

Date Rcvd: Feb 25, 2022               Form ID: 138OBJ                   Total Noticed: 29

| 14266159 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 25 2022 23:58:44 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14303505 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 25 2022 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14266161 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | | |
| | | Feb 25 2022 23:51:00 | Freedom Credit Union, Attn: Bankruptcy Dept., 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14301712 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 25 2022 23:58:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14266162 | + Email/Text: bnc@nordstrom.com | | |
| | | Feb 25 2022 23:51:44 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14297784 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 25 2022 23:58:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14266163 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2022 23:58:44 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14266835 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2022 23:58:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14266164 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2022 23:58:38 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14266166 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Feb 25 2022 23:51:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14282353 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Feb 25 2022 23:51:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14287147 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14266150 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14266149 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14266153 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14266167 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022                      Signature:         /s/Joseph Speetjens

District/off: 0313-2

Date Rcvd: Feb 25, 2022

User: admin

Form ID: 138OBJ

Page 3 of 3

Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Ann E Superfine dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Stanley Superfine dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ann E Superfine and Stanley Superfine

    Debtor(s)                                                    Case No: 19−10587−amc

                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/25/22

42 − 41
Form 138OBJ